**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
DANIEL E. WILCOXEN, SBN 054805
WALTER H. LOVING, III, SBN 109348
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs CHERIE ANDERSON, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE A. ANDERSON, et al., | Case No. 2:07-CV-01614 LEW-EFB |
| Plaintiffs, | **STIPULATION AND [RDER FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| UNITED STATES OF AMERICA, LONGS DRUGS CORP and DOES 1 through 100. | |
| Defendants. | |

Plaintiffs Cherie Anderson, et al., and Defendant, United States of America, hereby stipulate and agree to dismiss Defendant, United States of America <u>only</u>, without prejudice. Each party to bear their own costs and fees.

///

///

///

///

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE

Each attorney signing below warrants and represents that he has authority to bind the person on whose behalf he is signing to the terms of this stipulation and agreement.

Dated: August 29, 2007         Wilcoxen, Callahan, Montgomery & Deacon

    Walter H. Loving, III
Walter H. Loving, III
Attorneys for Plaintiffs

Dated: August 30, 2007         McGregor W. Scott
United States Attorney

    E. Robert Wright
E. Robert Wright
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: August 30, 2007         _____
Honorable  RONALD S.W. LEW
Senior, United States District Judge