IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE A. ANDERSON, J.T. ELLISON, JOSHUA JOHN ELLISON, AMANDA LEE ELLISON, MATT ANDERSON, DON ANDERSON, GEORGE ANDERSON, and MICHAEL ANDERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.　　　　　　／ | No. 2:08-CV-01444 LKK JFM<br><br>RELATED CASE ORDER |
| CHERIE A. ANDERSON, J.T. ELLISON, JOSHUA JOHN ELLISON, AMANDA LEE ELLISON, MATT ANDERSON, DON ANDERSON, GEORGE ANDERSON, and MICHAEL ANDERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, LONGS DRUG STORES CORPORATION, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.　　　　　　／ | No. 2:07-CV-01614 JAM EFB |

   Before the Court is Plaintiffs' notice of related actions. Plaintiffs state in their notice of related actions that they have filed substantially similar actions involving similar questions of fact and law, and that these cases should be consolidated for judicial economy.  Plaintiffs further state that "[s]ince the witnesses and evidence pertaining to both actions are substantially similar, reassignment of both actions to a single judge . . . would be appropriate."

   After examining the above-entitled actions, the Court concludes that these actions are related within the meaning of Local Rule 83-123.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

   IT IS THEREFORE ORDERED that the action denominated No. 2:08-CV-01444-LKK-JFM be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case are hereby VACATED.  The parties shall file an updated joint status report on or before August 29, 2008.  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:08-CV-01444-JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  July 9, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE