**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
DANIEL E. WILCOXEN, SBN 054805
WALTER H. LOVING, III, SBN 109348
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118
Attorneys for Plaintiffs CHERIE ANDERSON, et al.

Randall R. McKinnon, SBN 097723
Lawrence DeFehr, SBN 179279
DUMMIT, BUCHOLZ & TRAPP
1661 Garden Highway
Sacramento, CA 95833-9706
Telephone: (916) 929-9600
Attorneys for Defendant LONGS DRUG STORES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE A. ANDERSON, et al., | Case No. 2:07-CV-01614 JAM-EFB |
| Plaintiffs, | |
| vs. | **ORDER CONSOLIDATING CASES** |
| UNITED STATES OF AMERICA, LONGS DRUGS CORP, and | |
| DOES 1 through 100, inclusive, | |
| Defendants. | |

Notices of Related Cases have been filed in this case and Civil Case No. 2:08-CV-01444-LKK-JFM pursuant to Local Rule. The court reassigned Civil Case No. 2:08-CV-01444-LKK-JFM to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings on July 10, 2008, identifying the matter as Civil Case No. 2:08-CV-01444-JAM-EFB. The parties to the related cases having stipulated to consolidation of these related cases, and good cause appearing therefor.

IT IS HEREBY ORDERED that Civil Case No. 2:07-CV-01614 JAM-EFB and Civil Case No. 2:08-CV-01444-JAM-EFB be consolidated, and all pleadings and references to

1  these consolidated cases shall bear Civil Case No. 2:08-CV-01444-JAM-EFB.
2         IT IS SO ORDERED.

5  DATED: 11/10/2008                    /s/ John A. Mendez
                                        HON JOHN A. MENDEZ
6                                       JUDGE OF THE U.S. DISTRICT COURT